IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AR HOLDING COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-419 (MPT) |
| | ) |
| PAR PHARMACEUTICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff AR Holding Company, Inc. certifies that as of June 1, 2012, it became an indirect wholly owned subsidiary of Takeda Pharmaceutical Company Limited, which is publicly traded in Japan.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for AR Holding Company, Inc.*

OF COUNSEL:

Michael G. Rhodes
Michelle S. Rhyu
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-580
(415) 693-2181

Peter Willsey
Tryn T. Stimart
COOLEY LLP
777 6th Street, N.W., Suite 1100
Washington, DC 20001
(202) 842-7800

June 7, 2012
5965064.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 7, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Richard J. Berman, Esquire<br>Anthony W. Shaw, Esquire<br>Janine A. Carlan, Esquire<br>ARENT FOX LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)