# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC. ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC. ) <br> ) <br>     Defendant. ) | Civil Action No. 12-419-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Third Party Salamandra, LLC's Response and Objections to Par Pharmaceutical, Inc.'s Notice of Subpoena *Ad Testificandum* of Third Party Salamandra, LLC Pursuant to Fed. R. C. P. 30(b)(6) and (2) Third Party Salamandra, LLC's Response and Objections to Par Pharmaceutical, Inc.'s Notice of Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises were caused to be served on July 8, 2013 upon the following via electronic mail:

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON &FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard J. Berman, Esquire
Janine A. Carlan, Esquire
Aziz Burgy, Esquire
Bradford Frese, Esquire
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Dated: July 8, 2013

                               */s/ Mary W. Bourke*
                               Mary W. Bourke (#2356)
                               Dana K. Severance (#4869)
                               WOMBLE CARLYLE SANDRIDGE & RICE, LLP
                               222 Delaware Avenue, Suite 1501
                               Wilmington, DE 19801
                               Telephone: (302) 252-4383
                               MBourke@wcsr.com
                               DSeverance@wcsr.com

*Of Counsel:*

Tryn T. Stimart
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
tstimart@wcsr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 8, 2013, upon the following individuals in the manner indicated:

Frederick L. Cottrell, III, Esquire     *VIA ELECTRONIC MAIL*
Steven J. Fineman, Esquire
RICHARDS, LAYTON &FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard J. Berman, Esquire     *VIA ELECTRONIC MAIL*
Janine A. Carlan, Esquire
Aziz Burgy, Esquire
Bradford Frese, Esquire
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

                                                  */s/ Mary W. Bourke*
                                                  Mary W. Bourke (#2356)

30616447