

Steven J. Fineman
302-651-7592
Fineman@rlf.com

September 4, 2013

**VIA E-FILE & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court - District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124, Unit 31
Wilmington, DE 19801-3568

Re: *Takeda Pharmaceuticals U.S.A., Inc. v. Par Pharmaceutical, Inc.*,
C.A. No. 12-419-SLR

Dear Judge Robinson:

During the July 23, 2013 in-person conference held in the above-referenced action, Your Honor directed Par to advise the Court as soon as new pleadings had been filed regarding Par Pharmaceutical, Inc.'s ANDA No. 20-3976.

Last night, Par filed its answer to the complaint that was filed by Takeda Pharmaceuticals U.S.A., Inc. on August 30, 2013 (now assigned C.A. No. 13-1524-SLR), which alleged that Par's ANDA No. 20-3976 infringes U.S. Patent Nos. 7,906,519; 7,935,731; 7,964,648 (the "'648 patent"); 8,093,297 (the "'297 patent"); and 8,093,298. The '648 and '297 patents are also being asserted against Par and Amneal Pharmaceuticals, Inc. in the above-referenced action and C.A. No. 13-493-SLR, respectively, and the invalidity of the '648 and '297 patents is at issue in each of C.A. Nos. 13-1524-SLR, 12-419-SLR and 13-493-SLR. With the filing of Par's answer, the pleadings in the new action are now closed.

Counsel remains available at the Court's convenience to discuss scheduling and coordination with respect to these actions.

Respectfully,

/s/ *Steven J. Fineman*

Steven J. Fineman (#4025)

cc: All Counsel of Record (via CM/ECF)