AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Delaware** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>12-cv-419-SLR | DATE FILED<br>4/4/2012 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>AR Holding Company, Inc. | | DEFENDANT<br>Par Pharmaceutical, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,619,004 B1 | 11/17/2009 | AR Holding Company, Inc. |
| 2 | 7,601,758 B1 | 10/13/2009 | AR Holding Company, Inc. |
| 3 | 7,820,681 B1 | 10/26/2010 | AR Holding Company, Inc. |
| 4 | 7,915,269 B2 | 3/29/2011 | AR Holding Company, Inc. |
| 5 | 7,964,647 B2 | 6/2/2011 | AR Holding Company, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Order dismissing case without prejudice per agreement (attached).

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>Nicole Hill | DATE<br>9/22/2014 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 4/4/2011 | U.S. DISTRICT COURT Delaware |
|---|---|---|
| PLAINTIFF AR Holding Company, Inc. | | DEFENDANT Par Pharmaceutical, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 7,964,648 B2 | 6/21/2011 | AR Holding Company, Inc. |
| 7 | 7,981,938 B2 | 7/19/2011 | AR Holding Company, Inc. |
| 8 | 8,093,296 B2 | 1/10/2012 | AR Holding Company, Inc. |
| 9 | 8,093,297 B2 | 1/10/2012 | AR Holding Company, Inc. |
| 10 | 8,097,655 B2 | 1/17/2012 | AR Holding Company, Inc. |

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __DELAWARE__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>12-cv-419-SLR | DATE FILED<br>4/4/2012 | U.S. DISTRICT COURT<br>DELAWARE |
|---|---|---|
| PLAINTIFF<br>Takeda Pharmaceuticals U.S.A., Inc. | | DEFENDANT<br>Par Pharmaceuticals, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>6/13/2013 | INCLUDED BY<br>☑ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  US 8,415,395 | 4/9/2013 | Takeda Pharmaceuticals U.S.A., Inc. |
| 2  US 8,415,396 | 4/9/2013 | Takeda Pharmaceuticals U.S.A., Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>Nicole Wolf | DATE<br>9/22/2014 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy